918

No. 810. SANDSBERRY ET AL. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. Supreme Court of Texas. Certiorari denied. *E. A. Simpson* for Sandsberry et al., *J. C. Gibson, R. S. Outlaw, C. G. Niebank, Jr., Donald R. Richberg, A. J. Folley* and *Preston Shirley* for the Gulf, Colorado & Santa Fe Railway Co. et al., petitioners. *Milton Kramer* and *Lester P. Schoene* for respondents.

No. 694. SACRAMENTO TELECASTERS, INC., *v.* Mc-CLATCHY BROADCASTING CO. ET AL.; and

No. 733. McCLATCHY BROADCASTING CO. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *Dwight D. Doty* and *J. Roger Wollenberg* for Sacramento Telecasters, Inc. *Clair L. Stout, Thomas H. Wall* and *John J. Hamlyn* for the McClatchy Broadcasting Co. *Solicitor General Rankin* and *Warren E. Baker* in No. 694, and with them were *Assistant Attorney General Hansen, Daniel M. Friedman, Richard A. Solomon* and *Henry Geller* in No. 733, for the Federal Communications Commission. *Elisha Hanson* and *Arthur B. Hanson* filed a brief for the American Newspaper Publishers Association, as *amicus curiae,* in support of the petition in No. 733. Reported below: 99 U. S. App. D. C. 195, 199, 239 F. 2d 15, 19.

No. 390, Misc. VICK *v.* MEMPHIS AND SHELBY COUNTY BAR ASSOCIATION, INC., 352 U. S. 975. Rehearing denied.

No. 439. CLIETT ET VIR *v.* SCOTT ET AL., 352 U. S. 917. Motion for leave to file petition for rehearing granted. Petition for rehearing denied.